APPEAL No. 1005. BARBARA JANET GOLDSTEIN *v.* OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA. Motion for leave to reargue denied. *Abedon, Michaelson, Stanzler & Biener, Howard I. Lipsey,* for plaintiff. *Jordan, Hanson & Curran, A. Lauriston Parks,* for defendant.

March 16, 1971.

M. P. No. 1329. LINDA CORREIA *v.* WILLIAM J. IRONS. Motion of petitioner for leave to file petition for certiorari denied. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, for State of Rhode Island. *Cary J. Coen,* Rhode Island Legal Service, for petitioner, William J. Irons.

M. P. No. 1353. EARLE F. COHEN *v.* HOSPITAL SERVICE CORPORATION OF RHODE ISLAND *et al.* Motion for leave to file petition for certiorari denied. *Earle F. Cohen,* petitioner, pro se. *Tillinghast, Collins & Graham, Edwin H. Hastings,* for respondent.

EX. No. 10,555. WARWICK MUNICIPAL EMPLOYEES CREDIT UNION *v.* DONALD MCALLISTER. Appellant ordered to appear April 5, 1971 to Show Cause why Bill of Exceptions should not be dismissed for lack of prosecution. *Aram K. Berberian,* for appellant. *Francis J. Barlow,* for appellee.

EX. No. 10,816. RICHARD A. HURLEY *v.* RUTH M. WHOLEY. Appellant ordered to appear April 5, 1971 to Show Cause why Bill of Exceptions should not be dismissed for lack of prosecution. *John F. Sherlock, Jr.,* for appellant. *Leroy V. Marcotte,* for appellee.